832 A.2d 910

IN THE MATTER OF STANLEY J. HAUSMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 263651970).

October 6, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–363, concluding that **STANLEY J. HAUSMAN** of **CALDWELL,** who was admitted to the bar of this State in 1970, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b) by Order of this Court filed February 10, 1999, and who remains suspended at this time, should be suspended from practice for a period of three years based on respondent's conviction of structuring monetary transactions to evade reporting requirements, in violation of 31 *U.S.C.* § 5313(a), 32 *U.S.C.* § 5322(b), 31 *U.S.C.* § 5324(a)(3) and 18 *U.S.C.* § 2;

And **STANLEY J. HAUSMAN** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the record that respondent's misconduct warrants a five-year period of suspension;

And good cause appearing;

It is ORDERED that **STANLEY J. HAUSMAN** is suspended from the practice of law for a period of five years and until the

further Order of the Court, retroactive to February 10, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.